

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00910-CV

**IN THE INTEREST OF B.S.**, II

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-03051
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 11, 2014.

_____
Rebeca C. Martinez, Justice